United States District Court
Southern District of Texas

**ENTERED**

July 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA D GALARZA RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02226 |
| | § | |
| SECRETARY OF DEPARTMENT OF | § | |
| HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Sandra Galarza Ramirez, filed this petition to challenge his ongoing immigration custody. The Court ordered the parties to provide a status update, and Respondents advise the Court that Petitioner voluntarily departed the United States on or around June 25, 2026 and is no longer in custody. Doc. Nos. 7, 7-1. Petitioner has not responded to the order for a status update and does not dispute that this case is moot.

Because no viable controversy remains, this petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

1 / 2

2.  All pending motions, if any, are **DENIED as MOOT.**

3.  This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this _____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE